UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARCO ZALDIVAR, on Behalf of Himself and Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>Defendant. | Case No.: C 07-1695 JLR<br><br>STIPULATION AND ORDER RE BRIEFING SCHEDULE FOR MOTION TO COMPEL ARBITRATION |

## I. STIPULATION

T-Mobile USA, Inc., has filed a motion to compel arbitration and to stay the case. The parties, by and through their undersigned counsel of record, hereby stipulate and agree to a briefing schedule and to renote the hearing for consideration of that motion, as follows:

1. Defendant T-Mobile USA, Inc. filed its Motion to Compel Arbitration and Stay Case on December 14, 2007 [Dkt. No. 12];

2. Plaintiffs' response to T-Mobile's Motion to Compel Arbitration and Stay Case will be filed on or before Friday, February 15, 2008;

3. T-Mobile's Reply in Support of the Motion to Compel Arbitration and Stay Case will be filed on or before Friday, March 7, 2008; and

4. T-Mobile will renote the hearing for consideration on its Motion to Compel Arbitration and Stay Case for Friday, March 7, 2008.

STIPULATION AND ORDER RE BRIEFING SCHEDULE FOR MOTION
TO COMPEL ARBITRATION - C 07-1695 JLR
40318-074\299955.doc
-1-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1  DATED this 21st day of December, 2007.

2                           STOKES LAWRENCE, P.S.

3

4                           By: s/ Scott A.W. Johnson
                              Scott A.W. Johnson (WSBA #15543)
5                                James C. Grant (WSBA #14358)
                         Attorneys for Defendant T-Mobile USA,
6                         Inc

7  HAGENS BERMAN SOBOL SHAPIRO
   LLP
8

9

10                         By: s/ Steve W. Berman
                              Steve W. Berman (WSBA #12536)
                              Jeffrey D. Friedman (CA#173886)
11                               Shana E. Scarlett (CA#217895)
                        Attorneys for Plaintiff
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND ORDER RE BRIEFING SCHEDULE FOR MOTION
TO COMPEL ARBITRATION - C 07-1695 JLR
40318-074\299955.doc          -2-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

# ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the parties stipulation setting forth a briefing schedule and to renote the hearing for consideration of T-Mobile's Motion to Compel Arbitration and Stay Case [Dkt. No. 12] shall be and hereby is GRANTED.

DATED this 2 day of Jan, 2008.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

STOKES LAWRENCE, P.S.

By: s/ Scott A.W. Johnson
    Scott A.W. Johnson (WSBA #15543)
    James C. Grant (WSBA #14358)
Attorneys for Defendant T-Mobile USA, Inc.

Approved as to form;
Notice of Presentment Waived

HAGENS BERMAN SOBOL SHAPIRO LLP

By: s/ Steve W. Berman
    Steve W. Berman (WSBA #12536)
    Jeffrey D. Friedman (CA#173886)
    Shana E. Scarlett (CA#217895)
Attorneys for Plaintiff Marco Zaldivar

STIPULATION AND ORDER RE BRIEFING SCHEDULE FOR MOTION TO COMPEL ARBITRATION - C 07-1695 JLR
40318-074\299955.doc
-3-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000