UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARCO ZALDIVAR, et al.,

        Plaintiffs,

    v.

T-MOBILE USA, INC.,

        Defendant.

CASE NO. C07-1695RAJ

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

One or more parties in this action has filed a contested motion or motions seeking relief from obligations or deadlines imposed under either an order of this court or the Federal Rules of Civil Procedure. The court will consider the motion or motions in due course, but issues this order to remind all parties that such obligations and deadlines are not tolled, stayed, or otherwise inapplicable merely because a party has filed the motion or motions. Until the court rules upon the motion or motions, no party is exempt from any obligation or deadline imposed by court order or the Federal Rules, except as specifically provided within the order, applicable Federal Rules, or statute.

MINUTE ORDER – 1

1 | The court encourages the parties to communicate and cooperate regarding case management issues, and to submit stipulations for relief where appropriate. To the extent that the parties dispute concerns their discovery obligations, the court also urges the parties to consider the expedited motion procedure provided in Local Rules W.D. Wash. CR 37(a)(2)(B).

Filed and entered this 18th day of March, 2008.

                                      BRUCE RIFKIN, Clerk

                                                s/Consuelo Ledesma
                                    By
                                                  Deputy Clerk

MINUTE ORDER – 2