THE HONORABLE RICHARD A. JONES

1

2

3

4

5

6

7      UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9      MARCO ZALDIVAR and ROBERT ERIC
BURRESS, on Behalf of Themselves and            No. 07-cv-1695 RAJ

10     Others Similarly Situated,

                                                STATEMENT OF NON-OPPOSITION
11                            Plaintiffs,        TO MOTION FOR FINAL APPROVAL
                                                OF CLASS ACTION SETTLEMENT
12          v.                                   AND MOTION FOR AN AWARD OF
                                                ATTORNEYS' FEES AND
13     T-MOBILE USA, INC.,                       REIMBURSEMENT OF EXPENSES

14                            Defendant.

                                                NOTE ON MOTION CALENDAR:
15                                              March 5, 2010

16

17

18

19

20

21

22

23

24

25

26

PLS.' STMNT OF NON-OPP'N TO
MOT. FOR FINAL APPROVAL – 1
Case No. 07-cv-1695 RAJ



715 HEARST AVENUE, SUITE 202, BERKELEY, CALIFORNIA 94710
TELEPHONE: (510) 725-3000 • FACSIMILE: (510) 725-3001

001993-11 356114 V1

1    Plaintiffs Marco Zaldivar and Robert Eric Burress submit this Statement of Non-

2  Opposition to inform the Court that there is no opposition to their Motion for Final Approval of

3  Class Action Settlement and Motion for an Award of Attorneys' Fees and Reimbursement of

4  Expenses ("Motions").  Plaintiffs' filed their Motions on February 12, 2010.  Any opposition or

5  responses thereto were due on February 23, 2010.

6    Plaintiffs' Motions are set for hearing before this Court at 10:30 a.m. on March 5, 2010.

7
   DATED: March 1, 2010
8
                                          HAGENS BERMAN SOBOL SHAPIRO LLP
9

10

11                                        By    /s/ Shana E. Scarlett
                                               SHANA E. SCARLETT (*Pro hac vice*)
12
                                          Jeff D. Friedman (*Pro hac vice*)
13                                        715 Hearst Avenue, Suite 202
                                          Berkeley, CA  94710
14                                        Telephone: (510) 725-3000
                                          Facsimile: (510) 725-3001
15                                        jefff@hbsslaw.com
                                          shanas@hbsslaw.com
16

17                                        Steve W. Berman, WSBA #12536
                                          HAGENS BERMAN SOBOL SHAPIRO LLP
18                                        1918 Eighth Avenue, Suite 3300
                                          Seattle, WA  98101
19                                        Telephone: (206) 623-7292
                                          Facsimile: (206) 623-0594
20                                        steve@hbsslaw.com

21
                                          Class Counsel
22

23

24

25

26

PLS.' STMNT OF NON-OPP'N TO
MOT. FOR FINAL APPROVAL – 2
Case No. 07-cv-1695 RAJ



715 HEARST AVENUE, SUITE 202, BERKELEY, CALIFORNIA  94710
TELEPHONE: (510) 725-3000 • FACSIMILE: (510) 725-3001

001993-11  356114 V1

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on March 1, 2010, I electronically filed the foregoing with the Clerk

3   of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4   addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify

5   that I have mailed the foregoing document or paper via the United States Postal Service to the

6   non-CM/ECF participants indicated on the attached Manual Notice List.

7

                                               /s/ Shana E. Scarlett
8                                              SHANA E. SCARLETT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PLS.' STMNT OF NON-OPP'N TO
MOT. FOR FINAL APPROVAL – 3
Case No. 07-cv-1695 RAJ



715 HEARST AVENUE, SUITE 202, BERKELEY, CALIFORNIA  94710
TELEPHONE:  (510) 725-3000 • FACSIMILE:  (510) 725-3001

001993-11  356114 V1

# Mailing Information for a Case 2:07-cv-01695-RAJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com,carrie@hbsslaw.com

- **Peter J Bezek**
  pbezek@foleybezek.com,jkassity@foleybezek.com,cconnors@foleybezek.com

- **Jeffrey D Friedman**
  jefff@hbsslaw.com

- **J Paul Gignac**
  j.paul@aogllp.com,kgrombacher@aogllp.com

- **Shelley Hall**
  smh@stokeslaw.com,tom.makey@stokeslaw.com,dll@stokeslaw.com

- **Karolyn Ann Hicks**
  kah@stokeslaw.com,gno@stokeslaw.com

- **Scott A.W. Johnson**
  sawj@stokeslaw.com,klc@stokeslaw.com,wah@stokeslaw.com

- **Reed R Kathrein**
  reed@hbsslaw.com,sf_filings@hbsslaw.com

- **Murray Lewis**
  lewislawseattle@yahoo.com,lewislawfirm@msn.com

- **Shana E Scarlett**
  shanas@hbsslaw.com,sf_filings@hbsslaw.com,jeneld@hbsslaw.com

- **Michael W Sobol**
  msobol@lchb.com

- **Barbra L Williams**
  bwilliams@lchb.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Case 2:07-cv-01695-RAJ   Document 186   Filed 03/01/10   Page 5 of 5

● (No manual recipients)